No. 81–1001.   RIVENBURGH v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–1115.   SOUTHWESTERN BAPTIST THEOLOGICAL SEMINARY v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 5th Cir.   Certiorari denied.

No. 81–1191.   WIGGINS BROTHERS, INC., ET AL. v. DEPARTMENT OF ENERGY ET AL.   Temp. Emerg. Ct. App. Certiorari denied.

No. 81–1205.   NITROCHEM, INC. v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 81–1219.   GOODSTEIN ET AL. v. UNITED STATES ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 81–1236.   GARNER v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–1242.   GILLILAND ET AL. v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 81–1260.   ALLNUTT v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 81–1264.   FOGG v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–1382.   ATKINSON v. ATKINSON, AKA GOELZ.   Sup. Ct. Ill.   Certiorari denied.

No. 81–1402.   O'GRADY ET AL. v. WATT, SECRETARY OF THE INTERIOR, ET AL.   C. A. D. C. Cir.   Certiorari denied.